# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**APPEARANCE**

Kendra (HEWITT) Morgan, Darlene
WHALEY, and Ethel L. WRIGHT

V.

**METROPOLITAN DISTRICT COMMISSION**

CASE NUMBER: 3:01 CV 2037 (MRK)

FILED

Nov 12   3 09 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for: the Plaintiffs Kendra (Hewitt) Morgan, Darlene Whaley and Ethel L. Wright.

November 7, 2003
Date

_/s/ Stuart Brown_
Signature

24659
Connecticut Federal Bar Number

Stuart E. Brown
Print Clearly or Type Name

(860) 296-2111 ext. 140
Telephone Number

555 Franklin Avenue
Address

(860) 296-8494
Fax Number

Hartford, CT 06114

sbrown@hqesq.com
E-mail address

## CERTIFTCATE OF SERVICE

    This is to certify that the foregoing Appearance was mailed on this date to the following:

Anthony J. Palermino
Law Offices of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, CT 06114

_/s/ Stuart Brown_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying services)

Appearance.frm.Jan.2001