UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday December 1, 2003
3:30 p.m.

CASE NO. <u>3:01cv2037 MRK</u>
<u>Hewitt et al v Metropolitian District Commission</u>

Stuart Evan Brown
Hassett & George
555 Franklin Avenue
Hartford, CT 06114

Robert W. Heagney
Gilman & Marks
Two Riverview Square
99 E. River Dr.
8th fl.
East Hartford, CT 06108-4199

Anthony J. Palermino
945 Wethersfield Ave.
Hartford, CT 06114

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD
DATE: 12/1/03

30 min