UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

**Kendra HEWITT, Darlene WHALEY
and Ethel L. Wright**

       **Individually and as
       Class Representative,
       Plaintiff,**

Civil Action No. 3:01 CV 2037 (MRK)

Motion - for Extension of Time to File Motion for Class Certification

       v.

**THE METROPOLITAN DISTRICT
COMMISSION,
Defendant.**

-----------------------------------------------------------X

    Plaintiffs hereby move the Court for a seven (7) day extension of time to file their Motion for Class Certification and accompanying documents. The Plaintiffs also ask, in the interest of fairness, that the Defendant be likewise granted a seven (7) day extension to respond. The Court's Scheduling Order presently provides a due date of January 15, 2004 for the Plaintiffs' motion and February 5, 2004 for Defendant's response. In the interests of maintaining the timetable set forth in the Scheduling Order as best as possible, the Plaintiffs

will submit their reply to the Defendant's response by February 19, 2004, not asking for an extension to that date.

The undersigned represents that Attorney Anthony Palermino, counsel for the Defendant, was contacted and has no objection to this seven (7) day extension, so long as the Defendants are provided the same courtesy.  The Plaintiffs recognize the necessity for this case to progress in a timely fashion, but beg the Court's deference in these rather extraordinary circumstances.  Attorney Robert W. Heagney is the lead counsel for the Plaintiffs, but, due to recent political developments involving the Governor of Connecticut, he has been unable to devote his full attention to the Plaintiffs' forthcoming motion.  These circumstances were not foreseeable at the time of the scheduling conference, but the Plaintiffs will endeavor to provide a reasoned argument for class certification within this seven (7) day extension that will adequately protect the interests of the putative class members.

>Respectfully submitted,
>
>THE PLAINTIFFS
>
>
>By: _____
>    Stuart E. Brown (ct24659)
>    Hassett & George, P.C.
>    555 Franklin Avenue
>    Hartford, CT 06114
>    (860) 296-2111
>    Fax: (860) 296-8494

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed this ___ day of January, 2004 to the following counsel of record:

Anthony J. Palermino, Esq.
Law Offices of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, CT 06114

_____
Stuart E. Brown