UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kendra (HEWITT) Morgan, Darlene WHALEY and Ethel L. WRIGHT : : : Individually and as : Class Representatives, : Plaintiffs, : : v. : : THE METROPOLITAN DISTRICT : COMMISSION, : : Defendant. : | CIVIL NO. 3:01CV2037 (MRK) |

## ORDER

Plaintiffs' Motion for Extension of Time to File Motion for Class Certification [doc. #29], dated January 14, 2004, is hereby **GRANTED in part**. The following schedule shall apply:

The plaintiff shall file its motion and brief regarding class certification by **January 20, 2004**; the defendant shall file its response by **February 10, 2004**; the plaintiff shall file its reply by **February 19, 2004.**

All other deadlines shall remain the same.

IT IS SO ORDERED.

/s/   Joan G. Margolis
U.S. Magistrate Judge

Dated at New Haven, Connecticut: January 15, 2004.