# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

Kendra (HEWITT) Morgan, Darlene WHALEY
and Ethel L. Wright

      Individually and as
      Class Representative,                    Civil Action No. 3:01 CV 2037 (MRK)
      Plaintiff,

                                        Motion - for Order Determining
                                        That Action Proceed as Class Action

      v.

THE METROPOLITAN DISTRICT
COMMISSION,
Defendant.

-----------------------------------------------------------X

      Plaintiffs above-named, pursuant to Rule 23(c)(1) of the Federal Rules of Civil Procedure, hereby move the Court for an order determining that this action shall be maintained as a class action for the benefit of the class consisting of all African-American persons or persons of color (hereinafter "minority employees") employed by Defendant MDC in non-managerial positions at any time from October 1998 to the present, who are subject to MDC's

employment and human resources policies and practices, including, but not limited to, current or former employees.

This motion is made on the following grounds:

1. This action was brought and is now maintained by the named plaintiffs, the moving parties, as a class action on behalf of themselves and all other persons similarly situated, comprising the class hereinabove and in the complaint described.

2. Plaintiffs are informed and believe and so declare that there are over 100 members of the class herein described, so that joinder of all members of the class in this action is impracticable.

3. Claims of the named plaintiffs are typical of the claims of all members of the class herein described.

4. Named plaintiffs will fairly and adequately represent and protect the interests of all members of such class.

5. There are common questions of law and fact affecting rights of each member of the class, as against the defendant named herein, as more fully set forth in plaintiff's complaint.

6. The common questions of law and fact predominate over any questions affecting individual members only, and a class action is superior to other available methods for

Case 3:01-cv-02037-MRK    Document 31    Filed 01/20/2004    Page 2 of 4

the fair and efficient adjudication of the controversies between the class herein described and the named defendant.

7. The prosecution of individual actions by the members of the class would create a risk of inconsistent or varying adjudications with respect to the individual members of the class so as to establish incompatible standards of conduct for the defendant.

8. The present case predominantly seeks final equitable relief for the class as a whole.

A memorandum of law and supporting exhibits are submitted herewith.

Dated: January 19, 2004

                                        Respectfully submitted,

                                        THE PLAINTIFFS

By: _____
        Robert W. Heagney (ct05658)
        Stuart E. Brown (ct24659)
        Hassett & George, P.C.
        555 Franklin Avenue
        Hartford, CT 06114
        (860) 296-2111
        Fax: (860) 296-8494

3

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed this 19th day of January, 2004 to the following counsel of record:

Anthony J. Palermino, Esq.
Law Offices of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, CT 06114

_____
Robert W. Heagney

4