

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

------------------------------------------------------------X

| | |
|---|---|
| Kendra (HEWITT) Morgan, Darlene WHALEY and Ethel L. Wright | |
| Individually and as Class Representatives, Plaintiffs, | Civil Action No. 3:01CV 2037 (MRK) |
| v. | Affidavit of Attorney Attesting to Qualifications to Represent Class Adequately |
| THE METROPOLITAN DISTRICT COMMISSION, Defendant. | |

------------------------------------------------------------X

STATE OF CONNECTICUT    )
                       )  ss. Hartford
COUNTY OF HARTFORD      )

**STUART E. BROWN**, being duly sworn, states:

1. He is the attorney for the plaintiffs above-named.

2. He is a graduate of the State University of New York at Albany, having received a Bachelor's Degree, summa cum laude, in 1998; and is also a graduate of Quinnipiac University School of Law, having received a Juris Doctor degree, summa cum laude, from that institution in 2002.

### EXHIBIT A

3.  He is admitted to practice in the courts of the State of Connecticut and the United States District Court for the District of Connecticut.

4.  He is an associate attorney of the law firm of Hassett & George, P.C., with offices in Simsbury and Hartford, State of Connecticut, and since beginning his work at this firm, he has been engaged primarily in litigation involving federal civil rights as well as several employment claims involving the Defendant, MDC.

5.  Hassett & George, P.C. is a law firm consisting of three partners, two associates, and one of-counsel (Attorney Robert Heagney), with three paralegals, a receptionist, an office manager, and a law clerk.

6.  Plaintiffs' counsel is qualified to represent the class members in that he is representing numerous minority employees in various matters against the Defendant, The Metropolitan District Commission, (hereinafter "MDC") on questions relating to discriminatory employment practices, retaliation, and adverse employment actions.

7.  Attached to this affidavit, in support of the Plaintiffs' motion for class certification, is a list of African-American employees of the MDC created from the discovery materials provided by the Defendant. I believe that this list is not all-inclusive of the past and present members of the class, but does demonstrate the approximate lower end of the potential number of class members at more than 100 persons.

_____
Stuart E. Brown

Subscribed and sworn to before me on this 19th day of January, 2004

_____
Notary Public
My Commission Expires:

Erin M. Hennessey
Notary Public
My Commission Expires
March 31, 2008

| LAST NAME | FIRST NAME | RACE | SEX | JOB TITLE | GRADE/STEP |
|---|---|---|---|---|---|
| Addo | Jewel | B | F | Clerk Typist | TS03 - 1 |
| Alexander, Jr. | Robert | B | M | Sr. Sewer Main CR LDR | LT13 - 8 |
| Alleyene | Andrew | B | M | Maintainer | TS02 - 1 |
| Anderson | Willie | B | M | WPC SAT Plant Supv | SS06 - 8 |
| Bailey | Knord | B | M | AMR Installer | LT05 - 7 |
| Banks | Catherine | B | F | LF Weighmaster | LT09 - 8 |
| Bell | Willie | B | M | WPC Plant Oper 2 | LT07 - 8 |
| Blanks | Richard | B | M | LF Equipment Oper 2 | LT08 - 8 |
| Boyce | Henderson | B | M | Delivery Driver | PT02 - 8 |
| Braswell | Linda | B | M | Picking Station Oper | LT08 - 8 |
| Braswell | Linwood | B | M | Picking Station Oper | LT08 - 8 |
| Bridgeforth | Archer | B | M | WPC Plant Oper 2 | LT07 - 8 |
| Brown | Jerry | B | M | Meter Maint CR LDR | LT12 - 8 |
| Brown | Marwan | B | M | Maintainer | TS02 - 1 |
| Brown | Maryann | B | F | SR Clerk Typist | PT04 - 8 |
| Brown | Sophia | B | F | Clerk 2 | TS02 - 2 |
| Brown | Jerry | B | M | Meter Maint CR LDR | LT12 - 8 |
| Brown | Sophia | B | F | Clerk 2 | TS02 - 3 |
| Browne | Laurie | B | F | Clerk Typist | TS03 - 1 |
| Browne | Lorraine | B | F | Clerk 2 | TS02 - 1 |
| Browne | Lorraine | B | F | Clerk Typist | TS03 - 2 |
| Browne | Maryann | B | F | SR Clerk Typist | PT04 - 8 |
| Bryant | Phillip | B | M | Maintainer | TS02 -1 |
| Campbell | Shevonne | B | M | SWP Plant CR LDR | LT12 - 8 |
| Chapman | Tahara | B | F | Clerk Typist | TS03 - 1 |
| Chatman | Georgia | B | F | Clerk Typist | TS03 - 1 |
| Clark | Daryl | B | M | Maintainer | TS02 - 3 |
| Clark | Veronica | B | F | Account Clerk | PT05 - 8 |
| Coggins | Colin | B | M | Mapping Tech | PT09 - 8 |
| Coggins | Talitha | B | F | Clerk 2 | TS02 - 1 |
| Collins | Hyzell | B | M | AMR Installer | LT05 - 5 |
| Collins | Hyzell | B | M | Pipe Joiner | LT05 - 7 |
| Cook | Barbara | B | F | Sr. Clerk/Typist | LT06 - 8 |
| Cooper | Wallace | B | M | WPC Plant Oper 2 | LT07 - 1 |
| Curley | Richard | B | M | WPC Plant Supt | SS10 - 8 |
| Curtis | Latoya | B | F | Hydrant Painter | TS01 - 1 |
| Curtis | Latoya | B | F | Clerk Typist | TS03 - 1 |
| Dacosta | Lavon | B | M | Maintainer | TS03 - 1 |
| Davis | Charles | B | M | Eng Drafter | PT09 - 4 |
| Delgado | Rafael | B | M | WPC Plant Oper 2 | LT07 - 8 |
| Denton | Wilbert | B | M | Trans Truck Driver | LT09 - 8 |
| Dillio, III | George | B | M | Maintainer | TS03 - 1 |
| Dixon | Mertdene | B | F | Customer Serv Rep | PT06 - 6 |
| Dixon | Sharon | B | F | Admin Clerk | EE05 - 3 |
| Douglas | Gary | B | M | WPC Plant Oper 2 | LT07 - 8 |
| Douglas | Gary | B | M | Yard Stock Spec 1 | LT05 - 8 |
| Dowe | Ansel | B | M | VEH/Equip Mech 2 | LT11 - 8 |
| Downer | Deric | B | M | Real Est Asses Tech 2 | PT10 - 7 |

**EXHIBIT A-1**

| LAST NAME | FIRST NAME | RACE | SEX | JOB TITLE | GRADE/STEP |
|---|---|---|---|---|---|
| Downs | Alfred | B | M | Picking Station Oper | LT08 - 8 |
| Dudley | Kevin | B | M | SWP Plant Operator | LT07 - 8 |
| Eubanks | Alexis | B | F | Student Tech 2 | TS03 - 1 |
| Eubanks | Cheryl | B | F | Princ Acct Clerk | PT07 - 8 |
| Eubanks | Cheryl | B | F | Accounting Asst | PT09 - 9 |
| Flowers | Tylee | B | M | Maintainer | TS02 - 1 |
| Floyd | Jabbar | B | M | Hydrant Painter | TS01 - 1 |
| Foster | Linda | B | F | SR Clerk Typist | LT06 - 8 |
| Frederick | Sheila | B | F | Sr. Clerk/Typist | LT06 - 8 |
| Gaston | Cecil | B | M | WT PLANT CR LDR | LT11 - 8 |
| Geter | Robert | B | M | WT PLANT CR LDR | LT11 - 8 |
| Goodwin, Jr | Thomas | B | M | DIST Patrol Officer | LT08 - 8 |
| Gordon | Norris | B | M | Meter Reader | TS02 - 1 |
| Grant | Dwight | B | M | SWP Plant Operator | LT07 - 8 |
| Gravely | Alvin | B | M | Contracts Admin | EE14 - 8 |
| Gray | Melvin | B | M | Meter Reader | TS02 - 1 |
| Green | Joseph | B | M | WF BED MAINTR | LT05 - 8 |
| Greenaway | Sharon | B | F | Admin Clerk | EE05 - 6 |
| Greene | Joseph | B | M | WF BED MAINTR | LT05 - 8 |
| Greenway | Sharon | B | F | Admin Clerk | EE05 - 4 |
| Hairston | Kenya | B | F | Sr Clerk/Typist | EE01 - 1 |
| Hairston | Kenya | B | F | SR Clerk Typist | LT06 - 1 |
| Harris | Pretlow | B | M | Maintainer | TS02 - 4 |
| Haynes | Kimberly | B | F | Princ Acct Clerk | PT07 - 5 |
| Haynes | Kimberly | B | F | Sr Cust Service Rep | PT08 - 9 |
| Henderson | Boyce | B | M | Delivery Driver | PT02 - 8 |
| Hester | Troy | B | M | AMR Installer | LT05 - 8 |
| Hester | Troy | B | M | Pipe Joiner | LT05 - 8 |
| Hewitt | Kendra | B | F | Word Processor | PT06 - 7 |
| Hudson | Charles | B | M | Dupl Serv Oper 2 | PT06 - 8 |
| Hudson | Joyce | B | F | Princ Acct Clerk | PT07 - 5 |
| Hudson | Julia | B | F | Sr Computer Oper | PT08 - 8 |
| Hudson | Lori | B | F | Customer Serv Rep | PT06 - 5 |
| Jenkins, III | James | B | M | Comp Truck Oper | LT07 - 6 |
| Johnson | Jefferey | B | M | Cust Acct Supv | SS04 - 6 |
| Johnson | Reeve | B | M | Clerk 2 | TS02 - 3 |
| Johnson | Robert | B | M | LF Equipment Oper 2 | LT08 - 8 |
| Johnson | Wilfred | B | M | WPC Plant Oper Trne | LT03 - 3 |
| Johnson | Wilfred | B | M | BLDGS/GRDS MAINTR | LT03 - 3 |
| Johnson | William | B | M | Trans Sta Rel Oper | LT08 - 8 |
| Johnson | William | B | M | Trans Truck Driver | LT09 - 8 |
| Jones | Albert | B | M | BLDGS/GRDS MAINTR | LT03 - 3 |
| Jones | Glenn | B | M | Equip Fabricator | LT09 - 1 |
| Jones | James | B | M | SWP Plant CR LDR | LT12 - 8 |
| Jones | Michael | B | M | SWP Plant Operator | LT07 - 1 |
| Joseph | Arnold | B | M | BLDGS/GRDS MAINTR | LT03 - 3 |
| Joseph | Arold | B | M | WPC Plant Oper Trne | LT03 - 1 |
| Kendall | Trishaun | B | M | Clerk Typist | TS03 - 1 |

| LAST NAME | FIRST NAME | RACE | SEX | JOB TITLE | GRADE/STEP |
|---|---|---|---|---|---|
| Kincy | Charles | B | M | WPC Plant Oper Trne | LT03 - 3 |
| Kincy | Charles | B | M | WPC Plant Oper 2 | LT07 - 3 |
| King | Andre | B | M | Student Intern | TS05 - 2 |
| King | Fory | B | M | Hydrant Maintainer | LT04 - 8 |
| King | Nya | B | F | Hydrant Painter | TS01 - 1 |
| King | Yvette | B | F | Clerk 2 | TS02 - 3 |
| King | Yvette | B | F | Clerk Typist | TS03 - 3 |
| Lewis | Bernard | B | M | WPC Plant Oper Trne | LT03 - 6 |
| Mance | Joshua | B | M | Meter Reader | TS02 - 1 |
| Mann | Ronald | B | M | WPC Plant Oper Trne | LT03 - 1 |
| Masters | Herbert | B | M | Electronics Tech | PT12 - 8 |
| Mathis | Wilburn | B | M | Maintainer | TS02 - 1 |
| McDougald | Hughie | B | M | VEH/Equip Servicer | LT05 - 8 |
| McNeil | Ian | B | M | Student Tech 2 | TS03 - 1 |
| Michel | James | B | M | MGR of Finan Cont | EE18 - 7 |
| Mims | Jakeem | B | M | Maintainer | TS03 - 2 |
| Mitchell | Wesley | B | M | Picking Station Oper | LT08 - 8 |
| Morgan | Andrew | B | M | Student Tech 2 | TS03 - 1 |
| Moses | Byron | B | M | WPC Plant Oper 2 | LT07 - 8 |
| Norman | Thomas | B | M | Maintainer | TS02 - 2 |
| Nurse | Edric | B | M | SWP Plant Operator | LT07 - 8 |
| Oten | Florence | B | F | Account Clerk | PT05 - 5 |
| Peters | James | B | M | WPC Plant Oper 2 | LT07 - 8 |
| Pinnock | Lloyd | B | M | WT Plant Oper | LT06 - 8 |
| Pinnock | Lloyd | B | M | SWP Plant Shift Supv | SS05 - 8 |
| Pinnock, Jr. | Lloyd | B | M | WT Plant Oper | LT06 - 8 |
| Porter | Dorothy | B | F | Sr Clerk | LT06 - 8 |
| Reid | Tiana | B | F | Hydrant Painter | TS03 - 1 |
| Richard | Curley | B | M | WPC Plant Supt | SS10 - 8 |
| Richardson | Tammy | B | F | Sr Clerk/Typist | PT04 - 1 |
| Richardson | Tammy | B | F | Account Clerk | PT05 - 3 |
| Ritter | Monnece | B | F | Customer Clerk | PT02 - 1 |
| Ritter | Roger | B | M | WPC CR LDR 2 | LT10 - 8 |
| Ritter | Roger | B | M | WPC CR LDR 1 | LT10 - 8 |
| Roberts | Trevor | B | M | WT Plant Oper | LT06 - 1 |
| Robertson | Gregory | B | M | Truck Driver 1 | LT07 - 8 |
| Robertson, III | George | B | M | Comp Truck Oper | LT07 - 7 |
| Rose | Eustace | B | M | Sewer Maintainer 1 | LT05 - 8 |
| Samuel | Tamego | B | F | Student Tech | TS06 - 1 |
| Sanders | Julia | B | F | Sr Computer Oper | PT08 - 8 |
| Scotchman | Marlon | B | M | CB Painter | TS01 - 1 |
| Scotchman | Michael | B | M | Trans Truck Driver | LT09 - 8 |
| Simms | Howard | B | M | WPC Plant Oper Trne | LT03 - 2 |
| Simms | Howard | B | M | BLDGS/GRDS MAINTR | LT03 - 3 |
| Slaughter | Keith | B | M | SWP Plant Operator | LT07 - 8 |
| Smith | Carl | B | M | WPC SAT Plant Supv | SS06 - 8 |
| Smith | Carol | B | F | WPC SAT Plant Supv | SS06 - 8 |
| Smith | Cassive | B | M | WPC Plant Oper 2 | LT07 - 8 |

| LAST NAME | FIRST NAME | RACE | SEX | JOB TITLE | GRADE STEP |
|---|---|---|---|---|---|
| Smith | Cassive | B | M | WT Plant Oper | LT07 - 6 |
| Smith | Deborah | B | F | Accounting Asst | EE06 - 8 |
| Smith | Donna | B | F | Eng Drafter | PT09 - 4 |
| Smith | General | B | M | WPC CR LDR 2 | LT12 - 8 |
| Smith | Torrence | B | M | Maintainer | TS02 - 1 |
| Stevens | Earl | B | M | Maintainer | TS02 - 1 |
| Stroud | Darlene | B | F | Customer Clerk | PT02 - 4 |
| Stroud | Darlene | B | F | Account Clerk | PT05 - 1 |
| Taylor | Jennifer | B | F | Accountant | PT12 - 3 |
| Taylor | Peter | B | M | Yard Stock Cr. LDR | LT12 - 8 |
| Thomas | Lebert | B | M | Eng Servs Supv | SS10 - 8 |
| Thomas | Lebert | B | M | MGR of ENG Services | EE16 - 6 |
| Thompson | Nowel | B | M | BLDG/GRDS MAINTR | LT03 - 8 |
| Tinsley | Julian | B | M | Comp Truck Oper | LT07 - 7 |
| Wade | Joseph | B | M | Maintainer | TS03 - 1 |
| Wagstaff | Tabari | B | M | Hydrant Painter | TS01 - 1 |
| Walker | Harry | B | M | WPC Plant Oper Trne | LT03 - 1 |
| Walker | Willie | B | M | Maintainer | TS03 - 1 |
| Waller | Roderick | B | M | Meter Reader | TS02 - 1 |
| Walton | Bryson | B | M | Maintainer | TS03 - 1 |
| Ward | Rickey | B | M | WPC Plant Oper 2 | LT07 - 8 |
| Watkins | Wylie | B | M | SWP Plant Operator | LT07 - 8 |
| Weatherly, III | Robert | B | M | Cartographer | PT11 - 8 |
| Whalen | Michael | B | M | Maintainer | TS03 - 2 |
| Williams | Cynthia | B | F | Customer Serv Rep | PT06 - 8 |
| Williams | Latasha | B | F | Clerk 2 | TS02 - 4 |
| Willis | Gordon | B | M | Plant MAINTR | LT06 - 8 |
| Willis | Gordon | B | M | Systems Repair Supt | SS10 - 3 |
| Willis, Jr | Gordon | B | M | Plant MAINTR | LT06 - 8 |
| Willis, Jr | Gordon | B | M | Eng Tech 2 | PT08 - 2 |
| Woodberry | Nehemiah | B | M | Meter Reader | TS02 - 1 |
| Woods | Douglas | B | M | Trans Truck Driver | LT09 - 8 |
| Woods | Lakeisha | B | F | Clerk 2 | TS02 - 4 |
| Wright | Ethel | B | F | Cent Clerical Supv | SS01 - 8 |
| LAST NAME | FIRST NAME | RACE | SEX | JOB TITLE | GRADE STEP |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

Kendra (HEWITT) Morgan, Darlene WHALEY
and Ethel L. Wright

       **Individually and as**         Civil Action No. 3:01CV 2037 (MRK)
       **Class Representatives,**
       **Plaintiffs,**                          Affidavit of Attorney Attesting
                                                  to Qualifications to Represent
       v.                                               Class Adequately

**THE METROPOLITAN DISTRICT**
**COMMISSION,**
**Defendant.**

-----------------------------------------------------------X

STATE OF CONNECTICUT    )
                                        )   ss. Hartford
COUNTY OF HARTFORD       )

      **ROBERT W. HEAGNEY**, being duly sworn, states:

      1.      He is the attorney for the plaintiffs above-named.

      2.      He is a graduate of St. Anselm's College, having received a Bachelor's Degree from such college in 1975; and is also a graduate of the University of Bridgeport School of Law, having received a Juris Doctor degree from that institution in 1980.

**EXHIBIT B**

3.   He is admitted to practice in the courts of the State of Connecticut, in the United States District Court for the District of Connecticut, and the United States Court of Appeals.

4.   He is of counsel of the law firm of Hassett & George, P.C., with offices in the cities Hartford and Simsbury, State of Connecticut, and has been engaged primarily in trial practice of a period of approximately 20 years, having in that time tried approximately 25 civil actions of various types and degrees of complexity in the various trial court in which he is admitted to practice as above stated.

5.   Since approximately 1985, affiant has confined the majority of his practice to employment litigation and, in that period, he has tried approximately 20 such cases as lead trial attorney. Attorney Heagney is a member of the Connecticut General Assembly and serves as general counsel to Wellington Underwriting, Inc.

6.   Attorney Heagney, along with Stuart Brown, has represented numerous minority employees in various matters against the Defendant, The Metropolitan District Commission, (hereinafter "MDC") on questions relating to discriminatory employment practices, retaliation, and adverse employment actions.

7.   Due to the political/municipal nature of the MDC Board and Administration, many employees of the MDC have reported the inability to retain experienced employment counsel in the Greater Hartford area, reporting that counsel were unwilling to represent any employee, even without knowing the facts against the MDC.

_____
Robert W. Heagney

Subscribed and sworn to before me on this 19th day of January, 2004

_____
Notary Public
My Commission Expires:

Erin M. Hennessey
Notary Public
My Commission Expires
March 31, 2008