UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------X

Kendra HEWITT, Darlene WHALEY
and Ethel L. Wright

     Individually and as
     Class Representative,
     Plaintiff,

          v.

THE METROPOLITAN DISTRICT
COMMISSION,
Defendant.

-------------------------------------------------------------X

Civil Action No. 3:01CV2037 (SRU)

Affidavit of Plaintiff, Monnece F. Ritter

| | |
|---|---|
| STATE OF CONNECTICUT    ) | |
|                        ) ss.  East Hartford | December   , 2002 |
| COUNTY OF HARTFORD    ) | |

### AFFIDAVIT OF Monnece F. Ritter

I, the undersigned, having been duly sworn on my oath, do hereby depose and say:

1.     That I am over eighteen (18) years of age and believe in the obligations of an oath.

2.     I have been employed with The Metropolitan District Commission (the "MDC") since *3/1/99* when I was hired as *Customer Service Clerk*

3.      I make this affidavit in support of the Court's determination that it is appropriate for a class action to proceed, and as I believe a pattern and practice of racially discriminatory conduct has been undertaken by the management of The Metropolitan District Commission to accept, encourage or tolerate discriminatory treatment of minority employees working at The MDC.

4.      I state the following specifics from my personal experiences in the work environment:

a.      I have observed the failure of the MDC to hire African-American/black and minority employees consistent with the workforce population.

b.      I have observed the undermining of personal and work reputation of African-American/black and minority employees by the MDC supervision.

c.      I have observed the failure of the MDC to promote African-American/black and minority individuals.

d.      The Metropolitan District Commission has failed to have an Ombudsman or Independent Affirmative Action Officer to receive confidential complaints of discrimination or to assist minority candidates seek and obtain promotion.

5.    Other minority employees at the MDC have expressed to me a fear of being involved in the present litigation because of past practice of MDC Management against MDC employees who raised litigation concerns.

6.    I have attempted to obtain legal counsel for my employment concerns in the past and discovered that it was virtually impossible to find legal counsel willing to take on an employment matter against the MDC because of its political connections and influence.

Monnece F. Ritter

Subscribed and sworn to before me this 10th day of December, 2002.

Notary Public
My Commission Expires: 10/31/06

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

Kendra HEWITT, Darlene WHALEY
and Ethel L. Wright

      Individually and as
      Class Representative,
      Plaintiff,

          v.

THE METROPOLITAN DISTRICT
COMMISSION,
Defendant.

-----------------------------------------------------------X

Civil Action No. 3:01CV2037 (SRU)

Affidavit of Plaintiff, Keith Slaughter

STATE OF CONNECTICUT    )
                   ) ss.  East Hartford          December 6, 2002
COUNTY OF HARTFORD     )

## AFFIDAVIT OF Keith Slaughter

    I, the undersigned, having been duly sworn on my oath, do hereby depose and say:

    1.      That I am over eighteen (18) years of age and believe in the obligations of an oath.

    2.      I have been employed with The Metropolitan District Commission (the "MDC") since 1988 when I was hired as a Plant Operator.

3.    I make this affidavit in support of the Court's determination that it is appropriate for a class action to proceed, and as I believe a pattern and practice of racially discriminatory conduct has been undertaken by the management of The Metropolitan District Commission to accept, encourage or tolerate discriminatory treatment of minority employees working at The MDC.

4.    I state the following specifics from my personal experiences in the work environment:

a.    I have observed the failure of the MDC to hire African-American/black and minority employees consistent with the workforce population.

b.    I have observed the undermining of personal and work reputation of African-American/black and minority employees by the MDC supervision.

c.    I have observed the failure of the MDC to promote African-American/black and minority individuals.

d.    The Metropolitan District Commission has failed to have an Ombudsman or Independent Affirmative Action Officer to receive confidential complaints of discrimination or to assist minority candidates seek and obtain promotion.

e.    I have observed the assignment of work in my area where African-American employees were signed out and given more difficult physical labor.

5.      Other minority employees at the MDC have expressed to me a fear of being involved in the present litigation because of past practice of MDC Management against MDC employees who raised litigation concerns.

6.      I have attempted to obtain legal counsel for my employment concerns in the past and discovered that it was virtually impossible to find legal counsel willing to take on an employment matter against the MDC because of its political connections and influence.

_Keith Slaughter_
Keith Slaughter

Subscribed and sworn to before me this 6th day of December, 2002.

Robert W. Heagney
Commissioner of the Superior Court

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

Kendra HEWITT, Darlene WHALEY
and Ethel L. Wright

      Individually and as
      Class Representative,
      Plaintiff,

          v.

THE METROPOLITAN DISTRICT
COMMISSION,
Defendant.

-----------------------------------------------------------X

Civil Action No. 3:01CV2037 (SRU)

Affidavit of Plaintiff, Jennifer Taylor

STATE OF CONNECTICUT    )
                        ) ss.  East Hartford          January **30**, 2003
COUNTY OF HARTFORD      )

## AFFIDAVIT OF JENNIFER TAYLOR

    I, the undersigned, having been duly sworn on my oath, do hereby depose and say:

    1.      That I am over eighteen (18) years of age and believe in the obligations of an oath.

    2.      I make this affidavit in support of the Court's determination that it is appropriate for a class action to proceed, and as I believe a pattern and practice of racially

discriminatory conduct has been undertaken by the management of The Metropolitan District Commission to accept, encourage or tolerate discriminatory treatment of minority employees working at The MDC.

3.      I state the following specifics from my personal experiences in the work environment:

a.      During my employment with the MDC, I have observed African-American/black and minority employees more commonly given poor performance evaluations than Caucasian employees.

b.      I have observed the failure of the MDC to hire African-American/black and minority employees consistent with the workforce population.

c.      I have observed the undermining of personal and work reputation of African-American/black and minority employees by the MDC.

d.      I have observed the failure of the MDC to promote African-American/black and minority individuals.

e.      I have observed a hostile/racially charged work environment against African-American/black and minority employees.

f.      I have observed the harassment and threatening of African-American/black and minority employees.

g.    During my employment with the MDC, I have observed African-American/black more commonly reprimanded and receiving more severe forms of discipline than Caucasian employees.

h.    I have observed the denial of African-American/black employees the opportunity to work overtime, while allowing Caucasian employees to work overtime.

I.    I have observed the denial of African-American/black employees retroactive pay on the same terms, conditions and lengths as Caucasian employees.

j.    I have observed the denial or excessive delay of training to African-American/black employees while Caucasian employees are trained.

k.    I have observed African-American/black employees being delayed for upgrades.

l.    I have observed African-American/black employees subjected to secret investigations and spying on and following African-American/black employees, which does not occur with Caucasian employees.

m.  I have observed a failure to post jobs for promotion in departments where African-American/black employees are most senior and eligible for promotion.

n.  I have observed the banning of friends and family of African-American/black employees from the workplace

o.  I have observed and been subjected to the use of racial language or epithets.

p.  I have observed the failure to provide African-American/black employees with career support and mentoring.

q.  The Metropolitan District Commission has failed to have an independent Ombudsman or Affirmative Action Officer to receive confidential complaints of discrimination.

r.  I have observed the failure to prepay African-American/black employees for training while prepaying Caucasian employees.

4.  A white employee stated to me "Don't tell me what to do you fucking black bitch." This was shouted and heard by most in the Department. No discipline was undertaken by supervisors or Managers, despite their knowledge of this racial incident.

5.      Further, during the S.A.P. computer software installation, I was required to work late many evenings; sometimes to 9:00 or 10:00 P.M.  I was pregnant and, as my pregnancy was a high risk pregnancy, my husband would often pick me up.  My supervisor then told me my husband was not allowed inside the building, but would have to call for me.

6.      Following the above racial incident, my supervisor gave me and the white employee a low performance review on the section dealing with getting along with co-workers.  The white employee complained about this and the Management changed her review to satisfactory, but did not change mine.  My supervisor refused to even discuss the racial name calling above-referenced, despite MDC policies against such actions.

7.      I was kept out of many S.A.P. meetings as my supervisor did not want the white employees upset that I, a black woman, had been given a leadership role on the S.A.P. implementation.

8.      I left the MDC due to the stress caused by the racial treatment and my fear that it would effect my high risk pregnancy.  Later, I applied to return to the MDC when I found my former job advertised, but was not hired.

9.      Other minority employees at the MDC have expressed to me a fear of being involved in the present litigation because of past practice of MDC Management against MDC employees who raised litigation concerns.

10.      I have attempted to obtain legal counsel for my employment concerns in the past and discovered that it was virtually impossible to find legal counsel willing to take on an employment matter against the MDC because of its political connections and influence.

_Jennifer L. Taylor_
Jennifer Taylor

Subscribed and sworn to before me this 30th day of January, 2003.

Notary Public
My Commission Expires:

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

**Kendra HEWITT, Darlene WHALEY**
**and Ethel L. Wright**

     **Individually and as**
     **Class Representative,**
     **Plaintiff,**

         **v.**

**THE METROPOLITAN DISTRICT**
**COMMISSION,**
**Defendant.**

-----------------------------------------------------------X

**Civil Action No. 3:01CV2037 (SRU)**

**Affidavit of Plaintiff, Robert J.**
**Weatherly, III**

STATE OF CONNECTICUT    )
                     ) ss.  East Hartford        November, 2002
COUNTY OF HARTFORD     )

### AFFIDAVIT OF ROBERT J. WEATHERLY, III

    I, the undersigned, having been duly sworn on my oath, do hereby depose and say:

    1.      That I am over eighteen (18) years of age and believe in the obligations of an oath.

    2.      I have been employed with The Metropolitan District Commission since *1976* when I was hired as *SEWER DEPT.*

3.    I make this affidavit in support of the Court's determination that it is appropriate for a class action to proceed, and as I believe a pattern and practice of racially discriminatory conduct has been undertaken by the management of The Metropolitan District Commission to accept, encourage or tolerate discriminatory treatment of minority employees working at The MDC.

4.    I state the following specifics from my personal experiences in the work environment:

a.    After requesting a reclassification for a position at the MDC, I was denied the request, despite the fact that I was clearly doing work above my job description.

b.    Several years later, my position was reclassified and the position was upgraded, however my request for retroactive pay was denied, though there have been several instances at the MDC with white employees who received reclassification and retroactive pay was automatically given to them.

c.    I worked in the Mapping area for 12 years and posted for a position within the Department which was one step above the position I held at that time.  I was informed that I did not meet the qualifications for the position even though the position I held, and had received good reviews for performing, contained most of the requirements for the new position.

d.    After filing a grievance with my Union claiming the unfairness of the denial of the promotion, I was granted the position.

e.    After receiving the position, it was recommended that I pursue the District Educational Reimbursement Program and I was informed that I would have to pay for my classes and must take the classes after work hours. Several of my white co-workers who were given the same educational opportunity, had their classes paid for and were allowed to attend their classes <u>during work hours</u>.

f.    During the course of my employment The Metropolitan District Commission has failed to have an independent Ombudsman or Affirmative Action Officer to receive confidential complaints of discrimination.

5.    Other minority employees at the MDC have expressed to me a fear of being involved in the present litigation because of past practice of MDC Management against MDC employees who raised litigation concerns.

6.    I have attempted to obtain legal counsel for my employment concerns in the past and discovered that it was virtually impossible to find legal counsel willing to take on an employment matter against the MDC because of its political connections and influence.

7.    I have observed the preferential treatment of Caucasian employees by MDC supervision and the adverse treatment of African-American/black employees as a pattern and practice of treatment throughout my employment at the MDC.

Robert J. Weatherly, III

Subscribed and sworn to before me this 6 day of November, 2002.

Notary Public
My Commission Expires:

HIPOLITA D. PIZARRO SANCHEZ
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JULY 31, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------X

**Kendra (HEWITT) Morgan, Darlene WHALEY
and Ethel L. WRIGHT**

      **Individually and as
      Class Representatives,
      Plaintiffs,**

         **v.**

**THE METROPOLITAN DISTRICT
COMMISSION,
Defendant.**

    **Civil Action No. 3:01CV2037 (MRK)**

    **Affidavit of Plaintiff,
    Darlene Whaley**

---------------------------------------------------------X

STATE OF CONNECTICUT    )
                      ) ss.  Hartford      *16*[th] January, 2004
COUNTY OF HARTFORD    )

### AFFIDAVIT OF DARLENE WHALEY

    I, the undersigned, having been duly sworn on my oath, do hereby depose and say:

    1.      That I am over eighteen (18) years of age and believe in the obligations of an oath.

    2.      I have been employed with The Metropolitan District Commission for approximately 10 years in various departments.

3.     I make this affidavit in support of the Court's determination that it is appropriate for a class action to proceed, and as I believe a pattern and practice of racially discriminatory conduct has been undertaken by the management of The Metropolitan District Commission to accept, encourage or tolerate discriminatory treatment of minority employees working at The MDC.

4.     I state the following specifics from my personal experiences in the work environment:

    a.    African-American/black employees have traditionally been given the worst work in the MDC and black and minority men are largely limited to or kept within the confines of the garbage plant or the sewer treatment plant, which present the least desirable working conditions for employees within the MDC's employment.

    b.    I have also seen disparate treatment of African-American/black employees as opposed to white employees in that, if a supervisor is told an African-American/black employee does not work hard, he accepts and believes this fact, but if it is said about a white employee by an African-American/black employee, the African-American/black employee will be reprimanded and told not to ever tell anyone a white employee does not work hard.

c.   In my personal experience and from my observation of the treatment of African-American/black and white employees, I have observed African-American/black employees much more commonly being disciplined in terms of reprimands, suspensions and terminations, and demotions than any white employees.

d.   I have consistently seen more severe and consistent discipline meted out to African-American/black employees than to white employees, who were often given no discipline.

e.   Until recently, it was impossible to obtain any support of mentoring by an African-American/black employee for determining whether there was any opportunity for promotion, despite the fact that the outdated MDC Affirmative Action Plan mandated career counseling and assistance to complete a Career Development Plan. (MDC Affirmative Action Plan, excerpts attached, pp. 73-74).

f.   Throughout my time at the MDC, I have watched an "old boy" system of white males being promoted without regard to the capabilities of the individual and a failure to promote African-American/black employees, and the use of creating records of discipline and poor performance

reviews to prevent African-American/black employees from being eligible candidates for promotion.

g.   During the course of my employment The Metropolitan District Commission has failed to have an independent Ombudsman or Affirmative Action Officer to receive confidential complaints of discrimination.

h.   I have had to file a union grievance against The Metropolitan District Commission's human resources department for the fact that I was not promoted to ~~Customer~~ Principal Account Clerk, but the position was instead given to a less-qualified, white female, Cynthia Braga.

5.   I have observed a continual pattern of African-American/black employees being treated differently than Caucasian employees and, invariably, worse than said Caucasian employees. A personal example occurred when I was placed as a temporary promotion in my department for approximately six months in a position. The co-worker from whom I had taken this position had received a promotion and left the department. The Manager placed me in the position and I handled the full responsibilities of this job for six month until the job was posted. At the time of the posting of this position, I applied for the job I was then holding. I did not receive the promotion to continue in the position I was holding as a temporary employee. Rather, the position was given to an individual who had no experience with the

Accounts Payable role which I was then filling, but rather had previously worked in Customer Service. I questioned the Personnel Department with regard to why I did not receive the position, and why a white employee without experience had been promoted. I was told by the Personnel Department that I could not claim it was racially-motivated because an African-American/black had made the list of eligible candidates. My Manager, who is an African-American, expressed to me that he believed an injustice had occurred in the failure to promote me. Thereafter, my Manager, Mr. James Michel, put me in for an upgrade in my position, as I had been working above my job description for an extended period of time. The Personnel Department took over two months to respond to the request for upgrade, and my manager and I had to put in numerous letters and make numerous phone calls for the upgrade to be considered. While after the extended wait I was awarded an upgrade, I was not awarded any retroactive pay. It is the custom in the MDC to award retroactive pay to an employee whose position is upgraded, and the retroactive pay largely relates back to the period of time when they took on responsibilities higher than those that were previously set forth in their job description. I have seen, on numerous occasions, Caucasian employees at the MDC put in for upgrades and receive those upgrades expeditiously from the Personnel Department, and not only receive the upgrade but also be awarded with retroactive pay for extensive periods of time.

6.     I have also observed a pattern of African-American/black employees being treated more adversely by the management of the MDC, in terms of discipline and reprimands. When I worked in Customer Service, the Manager was an individual by the name of Ed Skowronek, who supervised the department in which I worked.  Two Caucasian employees in said department blatantly disobeyed an order from Mr. Skowronek, and yet were never written up for this conduct.  Thereafter, I observed an African-American/black temporary employee who was an extremely hard worker and tried to help clean up all of the issues in the department, and she was rewarded for her hard work by being dismissed because she was not like by the Caucasian employees.  Thereafter, this temporary employee was replaced by a Caucasian temporary employee, Melissa Anderson, who did not do the same quality or quantity of work the prior African-American/black employee had performed.  This Caucasian temporary employee was treated totally differently from the African-American/black who had worked hard in the position previously, but had been dismissed, and was treated extremely more preferably.  Some Caucasian employees I have observed are given the opportunity by management to do things regular African-American/black employees simply could not do without being disciplined or reprimanded by their supervision.

7.     Additionally, I have observed Robert Moore, the Defendant's Chief Operating Officer, tell temporary employees to take certain actions that impacted my department.  Said temporary employees were further told not to inform or allow James Michel, my supervisor, to

be aware of this and to keep the information from Mr. Michel and move it directly to Mr. Moore.   Mr. Michel is an African-American employee of the MDC.   Mr. Moore has encouraged temporary employee to take actions that undermine our Manager, James Michel, and he has brought extreme friction to our department.  Mr. Michel has continually requested through his supervision that these actions be stopped but it continues on anyway.

8.       I have observed my Manager, who is the only African-American/black manager within the District, being treated completely differently than other managers within the District, where his decisions are undermined and he is refused even appropriate desks and other furnishings for his department.   I have observed a continuing pattern that African-American/black employees are not treated equally to Caucasian employees, but rather are the subject of discrimination by the supervision of the MDC.   This is a continuing pattern and practice of supervision which has existed throughout the entire period of my employment at the MDC.

9.       Other minority employees at the MDC have expressed to me a fear of being involved in the present litigation because of past practice of MDC Management against MDC employees who raised litigation concerns.

10.       I have attempted to obtain legal counsel for my employment concerns in the past and discovered that it was virtually impossible to find legal counsel willing to take on an employment matter against the MDC because of its political connections and influence.

_Darlene Whaley_

Darlene Whaley

Subscribed and sworn to before me this 16ᵗʰ day of January, 2004.

Commissioner of the Superior Court