UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

Kendra HEWITT, Darlene WHALEY
and Ethel L. Wright

    Individually and as
    Class Representative,
    Plaintiff,

    v.

THE METROPOLITAN DISTRICT
COMMISSION,
Defendant.

-----------------------------------------------------------X

Civil Action No. 3:01CV2037 (SRU)

Affidavit of Plaintiff, Douglas Woods

| STATE OF CONNECTICUT | ) | |
|---|---|---|
| | ) ss. East Hartford | December 10, 2002 |
| COUNTY OF HARTFORD | ) | |

## AFFIDAVIT OF DOUGLAS WOODS

I, the undersigned, having been duly sworn on my oath, do hereby depose and say:

1.     That I am over eighteen (18) years of age and believe in the obligations of an oath.

2.     I have been employed with The Metropolitan District Commission since October 1984 when I was hired as a Plant Operator.

3.  I make this affidavit in support of the Court's determination that it is appropriate for a class action to proceed, and as I believe a pattern and practice of racially discriminatory conduct has been undertaken by the management of The Metropolitan District Commission to accept, encourage or tolerate discriminatory treatment of minority employees working at The MDC.

4.  I state the following specifics from my personal experiences in the work environment:

   a.  During my employment with the MDC, I have observed African-American/black and minority employees more commonly given poor performance evaluations than Caucasian employees.

   b.  I have observed the failure of the MDC to hire African-American/black and minority employees consistent with the workforce population.

   c.  i have observed the failure of the MDC to promote African-American/black and minority employees consistent with the workforce population.

   d.  I have observed the undermining of personal and work reputation of African-American/black and minority employees by the MDC supervision.

   e.  I have observed the failure of the MDC to promote African-American/black and minority individuals.

f. I have observed the harassment and threatening of African-American/black and minority employees.

g. During my employment with the MDC, I have observed African-American/black more commonly reprimanded, suspended, demoted and receiving more severe forms of discipline than Caucasian employees.

h. I have observed the denial or excessive delay of training to African-American/black employees while Caucasian employees are trained.

i. I have observed African-American/black employees subjected to secret investigations and spying on and following African-American/black employees, which does not occur with Caucasian employees.

j. I have observed African-American/black employees receiving retaliation for opposing discriminatory treatment of themselves and others.

k. I have observed the failure to provide African-American/black employees with career support and mentoring.

l. The Metropolitan District Commission has failed to have an Ombudsman or Independent Affirmative Action Officer to receive confidential complaints of discrimination or to assist minority candidates seek and obtain promotion.

5. Other minority employees at the MDC have expressed to me a fear of being involved in the present litigation because of past practice of MDC Management against MDC employees who raised litigation concerns.

6. I have attempted to obtain legal counsel for my employment concerns in the past and discovered that it was virtually impossible to find legal counsel willing to take on an employment matter against the MDC because of its political connections and influence.

_____
Douglas Woods

Subscribed and sworn to before me this 10th day of December, 2002.

_____
J. Mark Silhavy
Commissioner of the Superior Court:

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

Kendra HEWITT, Darlene WHALEY
and Ethel L. Wright

      **Individually and as**
      **Class Representative,**
      **Plaintiff,**

    v.

**THE METROPOLITAN DISTRICT**
**COMMISSION,**
**Defendant.**

Civil Action No. 3:01CV2037 (SRU)

Affidavit of Plaintiff, Ronald Woods

-----------------------------------------------------------X

| STATE OF CONNECTICUT | ) | |
|---|---|---|
| | ) ss. East Hartford | December 4, 2002 |
| COUNTY OF HARTFORD | ) | |

## AFFIDAVIT OF RONALD WOODS

I, the undersigned, having been duly sworn on my oath, do hereby depose and say:

1.    That I am over eighteen (18) years of age and believe in the obligations of an oath.

2.    I have been employed with The Metropolitan District Commission since February 2000 when I was hired as an Equipment Operator.

3.    I make this affidavit in support of the Court's determination that it is appropriate for a class action to proceed, and as I believe a pattern and practice of racially discriminatory conduct has been undertaken by the management of The Metropolitan

District Commission to accept, encourage or tolerate discriminatory treatment of minority employees working at The MDC.

4. I state the following specifics from my personal experiences in the work environment:

   a. When I first joined the MDC, I worked in the Sewer Department doing repair work. According to Union and MDC rules, I was eligible to apply for a transfer to the Trash to Energy Plant which the MDC runs for CRRA. My first application for transfer never reached the Human Resources Department, or they claimed to have no knowledge of it, and thus, people from outside the MDC were hired into these open positions. I was informed of this by Human Resources personnel.

   b. The second time positions came open in the Trash to Energy Plant, I personally walked my application to the Human Resources Department. This second application was successful and I was transferred to the Trash to Energy Plant, but three individuals were hired from outside the MDC and have seniority status over me for job assignments and shift assignments within the Trash to Energy Plant, requiring me to work third shift rather than a swing shift between days and evenings, and having weekends off.

   c. While working in the Sewer Department, I had several instances where I believe my personal safety was placed at risk by a white supervisor who did not put white employees in similar circumstances. On one occasion, I was ordered into an unsafe manhole area, which

      required my being hoisted into the manhole which was collapsing and our work was to replace it. Subsequently, my supervisor's supervisor directed he should not have placed any individual in such risk or position.

d. Further, I was ordered into a chamber in the Trash to Energy Plant without the safety conditions being taken care of to check for gasses caused by the combustion of garbage, and I was not provided with the mask or suit that are standard operating equipment. This was directed by a white supervisor who would not place other white employees in a similar condition.

e. During my employment with the MDC I was, on one occasion, out on doctor's authorized sick leave and was threatened by my white supervisor that, if I did not come into work, I would be fired.

f. During my employment with the MDC, I have observed African-American/black and minority employees more commonly given poor performance evaluations than Caucasian employees.

g. I have observed the failure of the MDC to hire African-American/black and minority employees consistent with the workforce population.

h. I have observed the undermining of personal and work reputation of African-American/black and minority employees by the MDC.

i. I have observed the failure of the MDC to promote African-American/black and minority individuals.

j. I have observed a hostile/racially charged work environment against African-American/black and minority employees.

k. I have observed the harassment and threatening of African-American/black and minority employees.

l. During my employment with the MDC, I have observed African-American/black more commonly reprimanded, suspended, demoted and receiving more severe forms of discipline than Caucasian employees.

m. I have observed the denial of African-American/black employees the opportunity to work overtime, while allowing Caucasian employees to work overtime.

n. I have observed the denial of African-American/black employees retroactive pay on the same terms, conditions and lengths as Caucasian employees.

o. I have observed the denial or excessive delay of training to African-American/black employees while Caucasian employees are trained.

p. I have observed African-American/black employees being delayed for upgrades.

q. I have observed African-American/black employees subjected to secret investigations and spying on and following African-American/black employees, which does not occur with Caucasian employees.

r. I have observed a failure to post jobs for promotion in departments where African-American/black employees are most senior and eligible for promotion.

s. I have observed African-American/black employees receiving retaliation for opposing discriminatory treatment of themselves and others.

t. I have observed the grouping and isolating African-American/black employees in departments or job areas and the steering of African-American/black employees into lower paying jobs.

u. The Metropolitan District Commission has failed to have an independent Ombudsman or Affirmative Action Officer to receive confidential complaints of discrimination.

_____
Ronald Woods

Subscribed and sworn to before me this 4th day of December, 2002.

_____
Robert W. Heagney
Commissioner of the Superior Court

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------X

Kendra HEWITT, Darlene WHALEY
and Ethel L. Wright

    Individually and as
    Class Representative,
    Plaintiff,

    v.

THE METROPOLITAN DISTRICT
COMMISSION,
Defendant.

Civil Action No. 3:01CV2037 (SRU)

Affidavit of Plaintiff, Ethel Wright

-----------------------------------------------------X

| | | |
|---|---|---|
| STATE OF CONNECTICUT | ) | |
| | ) ss. East Hartford | December 4, 2002 |
| COUNTY OF HARTFORD | ) | |

### AFFIDAVIT OF ETHEL WRIGHT

I, the undersigned, having been duly sworn on my oath, do hereby depose and say:

1. That I am over eighteen (18) years of age and believe in the obligations of an oath.

2. I have been employed with The Metropolitan District Commission since 1976 when I was hired as an Administrative Clerk.

3. From 1982 through 1986, I made two lateral moves related to clerical work; Senior Clerk/Typist and Account Clerk.

4. While attending the Greater Hartford Community College pursuing an associate's degree in 1986, I was awarded the position of assistant clerical supervisor. Thereafter the title was changed to central services supervisor through reorganization of the position titles. This is my present position at The Metropolitan District Commission and I have not been promoted to a higher position in 16 years. I am long overdue for such a promotion, and have applied for promotions on numerous occasions. No one in the MDC Management has worked with me on a Career Development Plan as required in the Affirmative Action Plan of the MDC at Page 73.

5. I attended Greater Hartford Community College A/K/A Capital Community Technical College in the 1980's, my former supervisor, John J. Bartizek, Jr. denied me tuition reimbursement toward my Liberal Arts Associates Degree since it was *his* judgment that the courses did not pertain to my former position as a clerical worker. To my knowledge, white employees were reimbursed for all liberal arts schoolwork. The Affirmative Action Plan requires tuition reimbursement for "job related self development.". Page 73.

6. I have achieved a Masters of Management Degree and an Organization Development Certificate from Cambridge College.

7.  Since my graduation in May 1999, I have applied for two positions, but did not receive either position. The MDC Personnel Department stated that I did not meet the requirements, though I have all of the credentials for the position as posted.

8.  The first position applied for and did not receive, was the Assistant to the District Clerk, which position was awarded to a white male who, I was informed, had a strong political background. The job posting did not require a political background.

9.  At the time of this Affidavit, the Assistant to the District Clerk position is vacant because this white male employee has terminated his employment with The Metropolitan District Commission, nonetheless, I have not been interviewed or approached regarding the open position.

10. The second position I applied for and did not receive was that of Senior Human Resources Analyst. An African American woman was awarded this position. I was told by Human Resources this person was selected based of her strong (16 years) benefit background. The Human Resources Director informed me that she would have considered training me for this position if she did not have the applicant with 16 years of experience in benefits. I learned thereafter that this woman declined the offered job and someone else with little job-related experience was awarded the position. I was never contacted about this position again.

11. My administrator has told me that her position will be posted this year. Although I am next in line for this position, I was not offered the opportunity to be the <u>acting</u>

administrator since her departure, yet the project administrator performed the necessary administrative duties. I told my administrator that I had heard that a white female has already been lined up for her position.

12.      This conduct reflects a distinct pattern in the MDC to avoid official posting within the MDC procedures by filling a position temporarily to give white employees an advantage of experience within the job to be posted which the white employee did not have when the job was first open and available. This method of providing experience in office to build qualifications of white employees has never been applied or made available to African-American/black employees in that no black employee has ever been put in a position temporarily and then received the job. But the following white employees received these types of temporary promotions:

    a.    Deborah Levesque (white female) was a supervisor in Customer Service. She became a temporary Administrator in Customer Service and is now the Administrator in Customer Service.

    b.    Stephanie Russo (white female) was a temporary employee in Finance. She became the Manager of Treasury upon the retirement of Norman LeBlanc.

    c.    Holly Amodio (white female) was a secretary in the District Clerk's office. She became an Executive Assistant to the CEO.

    d.    Steve Paul (white male) was a temporary worker in Finance. He became a department head for Data Processing, which department is now called Information Systems. He is currently the assistant to the CAO.

  e. Many years ago, Nicolas G. Bonadies (white male) was a janitor. He became a supervisor in the copy and mail room. At his retirement, he held an accounting position in Finance under the direction of Joseph Levesque.

  f. John Bartizek, Jr. (white male) was a field worker who became an Executive Secretary after the death of Michael Angelo. At his retirement, John Bartizek, Jr. had been the District Clerk for several years.

13. My former supervisor, Norman LeBlanc retired as Manager of Treasury effective May/June 2000, and has been replaced by Stephanie Russo. Seven months following her employment in this position, I attempted to meet with Mrs. Russo to discuss organizational changes in the department and my career goals. The meeting was canceled and never rescheduled.

14. During the course of my employment The Metropolitan District Commission has failed to have any Ombudsman or an independent Affirmative Action Officer to receive confidential complaints of discrimination or other concerns regarding promotions or performance reviews.

15. I have observed a pattern and practice of MDC Management's decisions in promotions, discipline and day to day treatment of African-American/black employees at the MDC with discrimination against African-Americans and treats white employees preferably.

16. Other minority employees at the MDC have expressed to me a fear of being involved in the present litigation because of past practice of MDC Management against MDC employees who raised litigation concerns.

*Ethel L. Wright*
Ethel L. Wright

Subscribed and sworn to before me this 4th day of December, 2002.

*Robert W. Heagney*
Robert W. Heagney
Commissioner of the Superior Court