UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENDRA HEWITT, DARLENE WHALEY<br>And ETHEL L. WRIGHT<br>PLAINTIFFS | CIVIL ACTION NO.:<br><br>301CV2037MRK |
| vs | February 5, 2004 |
| METROPOLITAN DISTRICT COMMISSION<br>DEFENDANT | |

## MOTION FOR EXTENSION OF TIME

The Defendant, METROPOLITAN DISTRICT COMMISSION, requests an extension of time to February 17, 2004 to file its objection to class certification. The Plaintiffs requested an extension of time which was granted by the Court. Plaintiffs' motion was due on January 20, 2004. The Court also granted the Defendant an extension to February 10, 2004 for its filing.

Counsel for the Defendant was actively involved in the trial preparation for the Tammy Richards vs. Metropolitan District Commission case, Docket # 3:00CV1062JCH, United States District Court, Bridgeport. This case was scheduled for trial on February 4, 2004. Defense counsel was involved in pretrial and settlement conferences with Judge Hall and Magistrate Fitzsimmons on January 27, 2004 and January 29, 2004. In addition, defense counsel was preparing pretrial motions, exhibits, and witnesses for trial. The Richardson case was settled the afternoon of January 30, 2004.

Counsel for the Plaintiff has no objection to this request, if the Court grants the Plaintiffs a similar extension for their reply. This is the Defendant's first request for an extension of time.

PLAINTIFF
METROPOLITAN DISTRICT COMMISSION

BY _____
ANTHONY J. PALERMINO
Their Attorney
Law Offices of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, Connecticut 06114
(860) 296-0035
ct05651

## CERTIFICATION

**I HEREBY CERTIFY** that a copy of the foregoing was mailed, postage prepaid, on the 5th day of February, 2004 to Attorney Robert W. Heagney, Hassett & George, P.C., PO Box 454, Simsbury, CT 06070.

_____
Anthony J. Palermino