UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Kendra (HEWITT) Morgan, Darlene WHALEY and Ethel L. WRIGHT | : | |
| | : | |
| Individually and as Class Representatives, Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL NO. 3:01CV2037 (MRK) |
| | : | |
| THE METROPOLITAN DISTRICT COMMISSION, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Defendant's Motion For Extension Of Time [doc. #33], dated February 5, 2004, is hereby **GRANTED**. Defendant shall file its response to Plaintiffs' Motion for class certification by **February 17, 2004**. Plaintiff shall file their reply by **February 26, 2004**.

Oral argument will take place on **March 12, 2004 at 1:30 p.m.** in Courtroom #4 (third floor) of the United States Courthouse, 141 Church Street, New Haven, CT.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: February 10, 2004.