

FILED
Feb 13  12 26 PM '04

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENDRA HEWITT, DARLENE WHALEY NO.: | CIVIL ACTION |
| And ETHEL L. WRIGHT | |
| PLAINTIFFS | 301CV2037MRK |
| vs | February 13, 2004 |
| METROPOLITAN DISTRICT COMMISSION DEFENDANT | |

### DEFENDANT'S OBJECTION TO CLASS CERTIFICATION

The Defendant, METROPOLITAN DISTRICT COMMISSION, objects to the Motion for Class Certification filed by the Plaintiffs. The Plaintiffs have not met the requirements of Federal Rule 23, and the class should not be certified.

The arguments in support of this Objection are provided in the attached

Memorandum.

PLAINTIFF
METROPOLITAN DISTRICT COMMISSION

BY *[signature]*
ANTHONY J. PALERMINO
Their Attorney
Law Offices of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, Connecticut 06114
(860) 296-0035
ct05651

### CERTIFICATION

**I HEREBY CERTIFY** that a copy of the foregoing was mailed, postage prepaid, on the 13th day of February, 2004 to Attorney Robert W. Heagney, Hassett & George, P.C., PO Box 454, Simsbury, CT 06070.

*[signature]*
Anthony J. Palermino