HONORABLE M R Kravitz
DEPUTY CLERK K. Ghilardi   RPTR/ERO/TAPE Thea

TOTAL TIME: 1 hours 20 minutes

DATE March 12, 2004   START TIME 1:34   END TIME 2:54
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Hewitt et al

CIVIL NO. 3:01cv2037 MRK

vs.

Metropolitian Dist. Comm.

Stuart E. Brown
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Anthony J. Palermino
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION _
DOCUMENT NO.

☑ ....#31   Motion to Certify Class   ☐ granted ☐ denied ☑ advisement

Hearing continued until _____ at _____