FILED
MAR 22 4 42 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------X
Kendra (HEWITT) Morgan, Darlene WHALEY
and Ethel L. WRIGHT

    **Individually and as**       Civil Action No.
    **Class Representatives,**      3:01cv2037 (MRK)
    **Plaintiffs,**

    v.

THE METROPOLITAN DISTRICT
COMMISSION,
Defendant.
------------------------------------------------------X

## PARTIES' JOINT SCHEDULING ORDER

Pursuant to the Court's Order at oral argument on Friday, March 12, 2004, the parties in this matter submit the following proposed schedule.

The parties agree to the following scheduling order:

1. Written discovery has commenced in this action. All written discovery is to be completed by May 15, 2004.

2. Depositions of fact witnesses have commenced. All depositions of fact witnesses are to be completed by June 15, 2004.

3. All discovery will be completed by July 19, 2004.

4. Plaintiffs will disclose their expert witnesses by June 1, 2004. Depositions of Plaintiffs' expert witnesses to be completed by July 19, 2004.

5. Defendant will disclose its expert witnesses by June 1, 2004. Depositions of Defendant's expert witnesses to be completed by July 19, 2004.

6. Any dispositive Motions shall be filed no later than August 31, 2004.

7. In the event the Court denies the Plaintiffs' motion for class certification, the Plaintiffs' will file motions to join additional parties and amend the Complaint by no later than sixty (60) days from the date of the Court's ruling.

8. The case will be ready for trial by September 19, 2004.

PLAINTIFFS, KENDRA (HEWITT) MORGAN,
DARLENE WHALEY
ETHEL L. WRIGHT, ET AL
Individually and as Class Representatives

By: _____   Date: 3/18/04
Robert W. Heagney (ct 05658)
Stuart E. Brown (ct 24659)
HASSETT & GEORGE, P.C.
555 Franklin Avenue
Hartford, CT 06114


DEFENDANT,
THE METROPOLITAN DISTRICT COMMISSION

By _____   Date: 3/18/04
Anthony J. Palermino
Law Offices of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, CT 06114
Fed. Bar No. ct_____

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed this /8TH day of March, 2004 to the following counsel of record:

Anthony J. Palermino, Esq.
Law Offices of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, CT 06114

*[signature]*
Stuart E. Brown