1CV2037 CONF

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Scheduling Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven

Chambers Room 306

Tuesday, April 20, 2004

8:45 a.m.

**Plaintiff's attorney will initiate the telephone conference call. After all of the parties are on the conference call, they should then call chambers at (203) 773-2022 on the above date and time.**

**Counsel are ordered by the court to be prepared to discuss all pending motions.**

**Please Note** that the parties should commence discovery immediately in accordance with the discovery plan set forth in their 26(f) Report and they should not delay discovery pending the conference scheduled herein or entry of a scheduling order.

CASE NO. **3:01cv2037 (MRK)**    **Hewitt, et al. v. The Metropolitan District Commission**

Robert W. Heagney
Gilman & Marks
Two Riverview Square
99 E. River Dr., 8th fl.
East Hartford, CT 06108-4199
860-282-0301

STATUS CONFERENCE HELD

DATE: 4/20/04

10 min.

Stuart Evan Brown
Hassett & George
555 Franklin Avenue
Hartford, CT 06114
860-296-2111

Anthony J. Palermino
945 Wethersfield Ave.
Hartford, CT 06114
860-296-0035

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK