```
                                              FILED
         UNITED STATES DISTRICT COURT    MAY 28   I 36 PM '04
               DISTRICT OF CONNECTICUT
                                            U.S. DISTRICT COURT
                                             NEW HAVEN, CONN.
```

| | |
|---|---|
| Kendra (HEWITT) Morgan, Darlene WHALEY, And Ethel L. WRIGHT, | : |
| Individually and as Class Representative Plaintiffs, | : |
| v. | :    CIVIL NO. 3:01CV2037 (MRK) |
| THE METROPOLITAN DISTRICT COMMISSION, | : |
| Defendant. | :    MAY 26, 2004 |

## MOTION TO EXTEND SCHEDULING ORDER

The Plaintiffs, Kendra (Hewitt) Morgan, Darlene Whaley and Ethel L. Wright, hereby move for an extension of the Scheduling Order, entered by the Court (Kravitz, J.) on April 20, 2004. At the present time, the Scheduling Order requires experts and their reports to be disclosed by June 1, 2004, and the discovery relating to said experts to be completed by July 19, 2004. The identities and testimony of the expert witnesses to be used by the Plaintiffs is largely dependent upon whether the present matter proceeds as a class action (in which statistical proof of a disparate impact on the group could be appropriate) or simply as three or more individual claims (in which case proof of the specific circumstances surrounding the individual is more appropriate).

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

The Court must still determine whether class certification is appropriate. The Plaintiffs request that the Scheduling Order be modified to allow a reasonable period of time subsequent to the Court's decision on class certification within which to disclose experts and conduct the relevant discovery. The undersigned counsel for the Plaintiffs has discussed the present motion with counsel for the Defendant, and, upon information and belief, the Defendant would agree to the propriety of such an extension with a reasonable extension also being granted for the filing of the Defendant's dispositive motion.

WHEREFORE, the Plaintiffs respectfully request that the Scheduling Order be modified to allow for the disclosure of expert witnesses to occur within thirty (30) days of the Court's ruling on class certification and for the completion of discovery and depositions of such experts to be completed within sixty (60) days after said disclosure deadline.

Respectfully submitted,
THE PLAINTIFFS

By: _____
Robert W. Heagney (ct05658)
Stuart E. Brown (ct24659)
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT 06114
(860) 296-2111
Fax: (860) 296-8494