UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Kendra (HEWITT) Morgan, Darlene WHALEY and Ethel L. WRIGHT | : : : | |
| Individually and as Class Representatives, Plaintiffs, | : : : : | |
| v. | : : | CIVIL NO. 3:01CV2037 (MRK) |
| THE METROPOLITAN DISTRICT COMMISSION, | : : : | |
| Defendant. | : | |

## ORDER

The Plaintiffs' Motion to Extend Scheduling Order [doc. #43] is hereby GRANTED. The deadlines in the current Scheduling Order [doc. # 40] shall be extended by 30 days from the issuance of the Court's forthcoming ruling on the Motion For Order Determining That Action Proceed As Class Action [doc. #31].

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: June 7, 2004.