FILED

Aug 26   2 20 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kendra (HEWITT) Morgan, Darlene WHALEY, And Ethel L. WRIGHT, Plaintiffs | : <br> : <br> : <br> : |
| v. | : CIVIL NO. 3:01CV2037 (MRK) <br> : <br> : |
| THE METROPOLITAN DISTRICT COMMISSION, Defendant. | : <br> : <br> : August 25, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), the Plaintiffs hereby move for an extension of time within which to join additional parties and amend the pleadings.

Per the Court's (Kravitz, J.) June 28, 2004 Memorandum of Decision upon the motion for class certification, the Plaintiffs have until August 27, 2004 to join additional parties and amend the Complaint. The Plaintiffs have contacted those individuals who had expressed interest in assisting in the presentation of this case as a class action but who refrained from filing their own, individual lawsuits. The Plaintiffs received responses from five individuals who expressed an interest in being joined as additional plaintiffs, but who had not yet secured the assistance of counsel in this matter. In order to allow for a meaningful presentation of these additional parties' claims, more time is needed within

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

which they may consult with counsel. The Plaintiffs request an extension of an additional thirty (30) days beyond the existing August 27, 2004 deadline within which to join additional parties and amend the Complaint.

WHEREFORE, the Plaintiffs respectfully request that the Court grant an additional thirty (30) days within which to join additional parties and amend the Complaint.

Respectfully submitted,
THE PLAINTIFFS

By: _____
Robert W. Heagney (ct05658)
Stuart E. Brown (ct24659)
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT 06114
(860) 296-2111
Fax: (860) 296-8494

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed this 25th day of August, 2004 to the following counsel of record:

Anthony J. Palermino, Esq.
Law Offices of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, CT 06114

_____
Stuart E. Brown

SEB/
\\Sbs2k\shared\Labor\Hewitt et al - Class Action\Pleadings\Motion to Extend Time additional plaintiffs.doc