UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KENDRA HEWITT, DARLENE WHALEY          CIVIL ACTION NO.
And ETHEL L. WRIGHT
    PLAINTIFFS                    301CV2037MRK

vs                                     November 10, 2004

METROPOLITAN DISTRICT COMMISSION
    DEFENDANT

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Defendant, Metropolitan District Commission (MDC), moves for summary judgment on the Plaintiffs' claims for punitive damages. The Plaintiffs allege in their complaint a claim for punitive damages. A claim for punitive damages cannot be maintained against a municipality. As a result, the Court should enter summary judgment in favor of the Defendant on this claim.

The arguments in support of this Motion are stated in the attached Memorandum.

PLAINTIFF
METROPOLITAN DISTRICT COMMISSION

BY _____
    ANTHONY J. PALERMINO
    Their Attorney
    Law Offices of Anthony J. Palermino
    945 Wethersfield Avenue
    Hartford, Connecticut 06114
    (860) 296-0035
    ct05651

## CERTIFICATION

**I HEREBY CERTIFY** that a copy of the foregoing was mailed, postage prepaid, on the 10th day of November, 2004 to Attorney Robert W. Heagney, Hassett & George, P.C., PO Box 454, Simsbury, CT 06070.

Anthony J. Palermino