UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENDRA HEWITT, DARLENE WHALEY And ETHEL L. WRIGHT<br>PLAINTIFFS | CIVIL ACTION NO.<br>301CV2037MRK |
| vs | November 10, 2004 |
| METROPOLITAN DISTRICT COMMISSION<br>DEFENDANT | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The Defendant, Metropolitan District Commission (MDC), moves for summary judgment on the Plaintiffs' claims for punitive damages. The Plaintiffs allege in their complaint a claim for punitive damages. A claim for punitive damages cannot be maintained against a municipality. As a result, the Court should enter summary judgment in favor of the Defendant on this claim.

The arguments in support of this Motion are stated in the attached Memorandum.

PLAINTIFF
METROPOLITAN DISTRICT COMMISSION

BY _____
ANTHONY J. PALERMINO
Their Attorney
Law Offices of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, Connecticut 06114
(860) 296-0035
ct05651

## **CERTIFICATION**

**I HEREBY CERTIFY** that a copy of the foregoing was mailed, postage prepaid, on the 10th day of November, 2004 to Attorney Robert W. Heagney, Hassett & George, P.C., PO Box 454, Simsbury, CT 06070.

Anthony J. Palermino

FILED

2004 NOV 12 P 2: 20

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENDRA HEWITT, DARLENE WHALEY And ETHEL L. WRIGHT PLAINTIFFS | CIVIL ACTION NO.: 301CV2037MRK |
| vs | November 10, 2004 |
| METROPOLITAN DISTRICT COMMISSION DEFENDANT | |

## MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

### I. INTRODUCTION

The Defendant, Metropolitan District Commission (MDC), moves for partial summary judgment on the Plaintiffs' claim for punitive damages. The MDC is a municipality and is not liable for punitive damages as alleged by the Plaintiffs. The arguments in support of this motion are stated below.

### II. FACTS

1]. The Defendant is the Metropolitan District Commission, located at 555 Main Street, Hartford, Connecticut. Complaint at paragraph 11.

2]. The Defendant, The Metropolitan District Commission, employs more then 700 employees, and is a public instrumentality created pursuant to Special Acts of the State of Connecticut by Section 511 of the 1929 of the Special Acts. At all times hereto, Defendant MDC was acting under color of state law. Complaint at 12.

The facts alleged establish that the MDC is a municipality established under state law.

## III. ARGUMENT

### A. The MDC is not liable for punitive damages.

The Plaintiff has alleged claims under Section 1981 and Title VII. The Plaintiffs make a demand for punitive damages in their complaint. This punitive damage claim should be dismissed. The Plaintiffs do not have this remedy available to them under the claims presented. See Looby v. City of Hartford, 152 F. Supp. 2d 181 (D. Conn 2001), and Heritage Homes, Etc. v. Seekunk Water District, 670 F2d 1 (1982 A. Mass).

## IV. CONCLUSION

Given the arguments stated above, the MDC moves for summary judgment on the plaintiffs' claim for punitive damages.

PLAINTIFF
METROPOLITAN DISTRICT COMMISSION

BY _____
ANTHONY J. PALERMINO
Their Attorney
Law Offices of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, Connecticut 06114
(860) 296-0035
ct05651

## **CERTIFICATION**

**I HEREBY CERTIFY** that a copy of the foregoing was mailed, postage prepaid, on the 11th day of November, 2004 to Attorney Robert W. Heagney, Hassett & George, P.C., PO Box 454, Simsbury, CT 06070.

Anthony J. Palermino