UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENDRA HEWITT, DARLENE WHALEY And ETHEL L. WRIGHT PLAINTIFFS | CIVIL ACTION NO. 301CV2037MRK |
| vs | November 10, 2004 |
| METROPOLITAN DISTRICT COMMISSION DEFENDANT | |

### LOCAL RULE 9 (C) 1 STATEMENT

1]. The Defendant is the Metropolitan District Commission, located at 555 Main Street, Hartford, Connecticut. Complaint at paragraph 11.

2]. The Defendant, The Metropolitan District Commission, employs more then 700 employees, and is a public instrumentality created pursuant to Special Acts of the State of Connecticut by Section 511 of the 1929 of the Special Acts. At all times hereto, Defendant MDC was acting under color of state law. Complaint at 12.

DEFENDANT
METROPOLITAN DISTRICT COMMISSION
BY _____
ANTHONY J. PALERMINO
Their Attorney
Law Offices of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, Connecticut 06114
(860) 296-0035
ct05651

## CERTIFICATION

**I HEREBY CERTIFY** that a copy of the foregoing was mailed, postage prepaid, on the 11th day of November, 2004 to Attorney Robert W. Heagney, Hassett & George PC, PO Box 454, 928 Hopmeadow Street, Simsbury, CT 06070

Anthony J. Palermino