UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kendra (HEWITT) Morgan, Darlene WHALEY, And Ethel L. WRIGHT, Plaintiffs | : <br> : <br> : <br> : |
| v. | : CIVIL NO. 3:01CV2037 (MRK) <br> : <br> : |
| THE METROPOLITAN DISTRICT COMMISSION, Defendant. | : <br> : <br> : November 29, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), the Plaintiffs hereby move for an extension of time within which to file the Joint Trial Memorandum.

Upon information and belief, the Joint Trial Memorandum is currently due on December 1, 2004. Plaintiffs respectfully request an extension until January 15, 2005 to complete this memorandum. Plaintiffs' counsel has recently been on trial in another matter and needs this additional time to gather evidence. Additional time will also allow Plaintiffs' counsel to discuss this matter and the Joint Trial Memorandum with opposing counsel. Opposing counsel has been contacted regarding this extension of time and does not object to this motion.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

WHEREFORE, the Plaintiffs respectfully request that the Court extend the due date for the Joint Trial Memorandum to January 15, 2005.

        Respectfully submitted,
        THE PLAINTIFFS

By: *Stuart Brown* (signature)
    Robert W. Heagney (ct05658)
    Stuart E. Brown (ct24659)
    Hassett & George, P.C.
    555 Franklin Avenue
    Hartford, CT 06114
    (860) 296-2111
    Fax: (860) 296-8494

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed this 29th day of November, 2004 to the following counsel of record:

Anthony J. Palermino, Esq.
Law Offices of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, CT 06114

*Stuart Brown*
Stuart E. Brown