UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Kendra (HEWITT) Morgan, Darlene WHALEY and Ethel L. WRIGHT | : | |
| | : | |
| Individually and as Class Representatives, Plaintiffs, | : : : | |
| | : | |
| v. | : | CIVIL NO. 3:01CV2037 (MRK) |
| | : | |
| THE METROPOLITAN DISTRICT COMMISSION, | : : | |
| | : | |
| Defendant. | : | |

**RULING AND ORDER**

Pending before the Court is Defendant's Motion for Summary Judgment [doc. #51]. Defendants assert that Plaintiffs' claim for punitive damages should be dismissed because punitive damages are not available for claims brought under Title VII of the Civil Rights Act, 42 U.S.C. §§ 1981 and 1983. The Court agrees, and having received no objection from the Plaintiffs' the Court GRANTS Defendant's Motion [**doc. #51**].

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: December 9, 2004.