UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENDRA HEWITT, DARLENE WHALEY And ETHEL L. WRIGHT         PLAINTIFFS | CIVIL ACTION NO.:  301CV2037MRK |
| vs | December 21, 2004 |
| METROPOLITAN DISTRICT COMMISSION         DEFENDANT | |

## DEFENDANT'S MOTION TO BIFURCATE

The Defendant, Metropolitan District Commission, moves to bifurcate the claims made by the Plaintiffs, Kendra Hewitt, Darlene Whaley and Ethel L. Wright. This motion is made under Federal Rule of Civil Procedure 42.

It would be prejudicial to the MDC for these individual claims to be the subject of one trial. The arguments in support of this motion are stated in the attached memorandum.

        PLAINTIFF
        METROPOLITAN DISTRICT COMMISSION


      BY_____
        ANTHONY J. PALERMINO
        Their Attorney
       Law Offices of Anthony J. Palermino
        945 Wethersfield Avenue
        Hartford, Connecticut 06114
        (860) 296-0035
        ct05651

## **CERTIFICATION**

**I HEREBY CERTIFY** that a copy of the foregoing was mailed, postage prepaid, on the 21st day of December, 2004 to Attorney Robert W. Heagney, Hassett & George, P.C., PO Box 454, Simsbury, CT 06070.

_____
Anthony J. Palermino