(1)

FILED

2005 JAN 10 P 3: 32

U.S. DIS... ...RT
NEW ... ...URT
...CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

KENDRA HEWITT, DARLENE WHALEY
And ETHEL L. WRIGHT
PLAINTIFFS

CIVIL ACTION NO.:

301CV2037MRK

vs

January 5, 2005

METROPOLITAN DISTRICT COMMISSION
DEFENDANT

## RESPONSE OF THE METROPOLITAN DISTRICT
## COMMISSION TO THE COMPLAINT

The Defendant, Metropolitan District Commission hereby responds to the

complaint as follows:

## I.  NATURE OF THE CLAIM

1]. The Defendant does not respond to paragraphs 1 through 4 of this section

because the class action was not certified per order of this Court.

## II.  JURISDICTION

1]. Paragraphs 5 and 6 are admitted.

## III.  THE PARTIES

## A. PLAINTIFFS

1]. The Defendant admits that the Plaintiff, Kendra Hewitt (Morgan) is an

African American who formerly worked for the MDC in the Payroll Department.

The remaining allegations of the paragraph 7 are denied and/or Plaintiff is left to

her proof.

2]. The Defendant does not have sufficient information with which to respond to

(2)

Paragraph 7a, b and c, and Plaintiff is left to her proof.

3]. The Defendant denies the allegations of paragraphs 7d, e and f.

4]. The Plaintiff has insufficient information to respond to Plaintiff's complaint and leaves Plaintiff to her proof concerning paragraphs 7g, h, and i.

5]. Defendant admits that those allegations of paragraph 8 which allege Whaley is an African American and current employee of the MDC. The remainder of the paragraph is denied and/or Plaintiff is left to her proof.

6]. The Defendant denies the allegations contained in 8a, b, c, d, e, and f.

7]. Defendant has insufficient information to respond the paragraphs 8g, h, i, j, k, l, and leaves Plaintiff to her proof.

8]. Defendant admits that portion of paragraph 9 that alleges Wright to be an African American who is a current employee of the MDC. Defendant denies the remainder of the paragraph and/or leaves Plaintiff to her proof.

9]. Defendant admits the allegations of paragraph 9a, b, and c.

10]. The Defendant has insufficient information to respond to the contents of section 9d and leaves Plaintiff to her proof.

11]. The Defendant admits the allegations of paragraph 9e.

12]. The Defendant has insufficient knowledge to respond to paragraphs 9f, g, h, i, and j, and leaves Plaintiff to her proof.

13]. Defendant admits the allegations of paragraph 9k. The Defendant admits those portions of paragraph 9 l and m that indicate that there was a revised posting which required a transcription examination and, a writing sample and, that Plaintiff submitted her Master Thesis and took the transcription exam. Plaintiff is left to her proof regarding the remainder of paragraphs 9 l and m.

(3)

14]. The Defendant has insufficient information to respond to the allegations of paragraph 9n and leaves Plaintiff to her proof. The Defendant admits so much of paragraph 9o and p that indicate that a tape recorder was used for the transcription examination for the position. The remaining allegations of those paragraphs are denied and/or Plaintiff is left to her proof.

15]. The Defendant has insufficient information to respond to the allegations of paragraphs 9q, r, and s and leaves Plaintiff to her proof.

16]. The Defendant admits the allegations of paragraph 9t.

17]. The Defendant admits that the allegations of 9u to the extent that an African American woman was awarded the position, and that the individual declined the position. Plaintiff is left to her proof regarding the remainder of paragraph 9u.

18]. The Defendant has insufficient knowledge to respond to the allegations of paragraph 9v and Plaintiff is left to her proof.

19]. The Defendant admits those portions of Paragraph 9w, x, and y that indicate that Plaintiff met with the Human Resources Director, was informed that the woman with experience declined and that Plaintiff was not awarded this position. Plaintiff is left to her proof concerning all other allegations.

20]. The Defendant has insufficient information to respond to the allegations of Paragraph 9z, 9aa, bb, cc, dd, and leaves Plaintiff to her proof.

21]. The Defendant admits the allegations of Paragraph 9ee.

22]. The Defendant has insufficient information to respond to the allegations of paragraph 9ff and gg and leaves Plaintiff to her proof.

23]. The allegations of paragraph 10 are denied.

(4)

## B.  DEFENDANT

1].  The Defendant admits the allegations of paragraphs 11 and 12.

## IV.  CLASS ACTION ALLEGATIONS

1].  The Defendant does not respond to the allegations contained in this section of

the complaint as the class action was not certified by order of the Court.

DEFENDANT
METROPOLITAN DISTRICT COMMISSION

BY _____
ANTHONY J. PALERMINO
Their Attorney
Law Offices of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, Connecticut 06114
(860) 296-0035
ct05651

## CERTIFICATION

**I HEREBY CERTIFY** that a copy of the foregoing was mailed, postage prepaid,
on the 5th day of January, 2005 to Attorney Robert W. Heagney, Hassett &
George, P.C., PO Box 454, Simsbury, CT 06070.

_____
Anthony J. Palermino