(5)



FILED

2005 JAN 10 P 3: 32

U.S. DISTRICT COURT
NEW HAVEN, CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KENDRA HEWITT, DARLENE WHALEY**<br>**And ETHEL L. WRIGHT**<br>**PLAINTIFFS** | **CIVIL ACTION NO.:**<br><br>**301CV2037MRK** |
| **vs** | **January 5, 2005** |
| **METROPOLITAN DISTRICT COMMISSION**<br>**DEFENDANT** | |

## SPECIAL DEFENSES OF THE
## METROPOLITAN DISTRICT COMMISSION

### CLAIMS UNDER TITLE VII, 42 U.S.C. SECTION 2000e

**First Special Defense**

The Plaintiffs have failed to allege that a notice of right to sue was issued by the Equal Employment Opportunity Commission (EEOC). As a result, the Plaintiffs have failed to exhaust an available administrative remedy.

**Second Special Defense**

The statute of limitations bars any claims which are more than 300 days prior to the filing of the EEOC complaint.

**Third Special Defense**

The Plaintiffs have failed to mitigate their damages.

**Fourth Special Defense**

The Metropolitan District Commission (MDC) exercised reasonable care to prevent and correct any harassment by a supervisor.

(6)

**Fifth Special Defense**

The Plaintiffs failed to use available corrective or preventive opportunities provided by the MDC or available under labor contract.

## CLAIMS UNDER 42 U.S.C. SECTION 1981

**First Special Defense**

The statute of limitations for a Section 1981 claim is three (3) years. As a result, the statute of limitations bars any of the plaintiffs' claims prior to October 29, 1998.

**Second Special Defense**

The Plaintiffs have failed to state a claim upon which relief can be granted.

**Third Special Defense**

The doctrine of governmental immunity applies to the discretionary and governmental actions of the Defendant.

**Fourth Special Defense**

The Plaintiffs have failed to mitigate their damages.

**Fifth Special Defense**

The MDC exercised reasonable care to prevent and correct any harassment by a supervisor.

(7)

**Sixth Special Defense**

The Plaintiffs failed to use available corrective or preventive opportunities

provided by the MDC or otherwise available.

DEFENDANT
METROPOLITAN DISTRICT COMMISSION

BY X _____
        ANTHONY J. PALERMINO
        Their Attorney
     Law Offices of Anthony J. Palermino
        945 Wethersfield Avenue
        Hartford, Connecticut 06114
        (860) 296-0035
        ct05651

**CERTIFICATION**

**I HEREBY CERTIFY** that a copy of the foregoing was mailed, postage prepaid, on the 5th day of January, 2005 to Attorney Robert W. Heagney, Hassett & George, P.C., PO Box 454, Simsbury, CT 06070.

_____
Anthony J. Palermino