FILED

2005 JAN 18 P 3: 56

U.S. DISTRICT COURT
NEW HAVEN CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENDRA HEWITT, DARLENE WHALEY And ETHEL L. WRIGHT PLAINTIFFS | CIVIL ACTION NO.: 301CV2037MRK |
| vs | January 18, 2005 |
| METROPOLITAN DISTRICT COMMISSION DEFENDANT | |

### DEFENDANT'S MOTION IN LIMINE

The Defendant, Metropolitan District Commission, (MDC) moves to preclude the following evidence at trial:

1]. Any evidence by Plaintiff Hewitt concerning a claim for constructive discharge; and

2]. Any evidence of alleged discrimination against MDC employees or former employees who are not parties to this action.

The MDC moves to preclude this evidence at trial. The arguments in support of this Motion are stated in the attached Memorandum.

By /s/
ANTHONY J. PALERMINO
Their Attorney
945 WETHERSFIELD AVENUE
HARTFORD, CT
ct05651

## CERTIFICATION

**I HEREBY CERTIFY** that a copy of the foregoing was mailed, postage prepaid, on the 18th day of January, 2005 to Attorney Robert W. Heagney, Hassett & George, P.C., PO Box 454, Simsbury, CT 06070.

Anthony J. Palermino