UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Kendra (HEWITT) Morgan, Darlene WHALEY,
And Ethel L. WRIGHT,
    Plaintiffs

v.

THE METROPOLITAN DISTRICT
COMMISSION,
    Defendant.

CIVIL NO. 3:01CV2037 (MRK)

February 1, 2005

### PLAINTIFFS' MOTION FOR CONTINUANCE

Plaintiffs respectfully request that the final pretrial conference, jury selection, and commencement of trial be postponed until the second week of July 2005. Robert W. Heagney, lead counsel for Plaintiffs, will be unavailable because of his duties as a State Representative. The final pretrial conference, jury selection, and commencement of trial are currently set for February 23, 2005, March 1, 2005, and March 28, 2005 respectfully. The requested continuance is necessary for Plaintiffs' lead counsel to fully participate in the trial.

Plaintiffs have consulted with Defendant's counsel on this request, and Defendant has stated that it has no objection to the requested continuance.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

**Hassett & George, P.C.**  555 Franklin Avenue  Hartford, CT  06114
(860) 296-2111  Fax: (860) 296-8494  Juris No. 407894

Wherefore, Plaintiffs respectfully request that the Court grant this motion.

Respectfully submitted,
THE PLAINTIFFS

By: _____
Robert W. Heagney (ct05658)
Stuart E. Brown (ct24659)
sbrown@hgesq.com
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT 06114
(860) 296-2111
Fax: (860) 296-8494

## CERTIFICATION

     I hereby certify that a copy of the foregoing has been mailed this 1st day of February 2005 to the following counsel of record:

Anthony J. Palermino, Esq.
Law Offices of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, CT 06114

                                     */s/ Stuart Brown*
                                       Stuart E. Brown