UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Kendra (HEWITT) Morgan, Darlene WHALEY and Ethel L. WRIGHT | : : : | |
|     Individually and as Class Representatives, Plaintiffs, | : : : : | |
| v. | : : | CIVIL NO. 3:01CV2037 (MRK) |
| THE METROPOLITAN DISTRICT COMMISSION, | : : : | |
|     Defendant. | : : | |

## ORDER

For good cause shown, Plaintiffs' Motion For Continuance [doc. # 70], dated February 1, 2005, is hereby GRANTED. The Court sets the following modified trial schedule:

1. Jury selection will take place on **July 5, 2005 at 9:30 a.m.** in Courtroom #4. Trial will commence in this case at **9:00 a.m. on July 11, 2005**.

2. A final pre-trial conference will be held at **1:30 p.m. on June 14, 2005** in Courtroom #4.

   **TRIAL COUNSEL MUST ATTEND THE FINAL PRE-TRIAL CONFERENCE.**

**There will be no further postponements of this trial.**

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Court

Dated at New Haven, Connecticut: February 4, 2005.