## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**KENDRA HEWITT, DARLENE WHALEY**       **CIVIL ACTION NO.:**
**And ETHEL L. WRIGHT**
      **PLAINTIFFS**                    **301CV2037MRK**

**vs**                                  **January 31, 2005**

**METROPOLITAN DISTRICT COMMISSION**
      **DEFENDANT**

### STIPULATION FOR DISMISSAL BY
### ALL PARTIES UNDER FRCP 41(a)(1)(ii)

It is hereby stipulated by **DARLENE WHALEY,** Plaintiff, through her Attorney Stuart Brown, **THE METROPOLITAN DISTRICT COMMISSION,** Defendant**,** through their Attorney, Anthony J. Palermino, that the above entitled action be dismissed with prejudice and without costs or attorneys fees and that said dismissal is agreed to in reliance upon and in compliance with a certain settlement agreement.

THE DEFENDANTS,                THE PLAINTIFF,
METROPOLITAN DISTRICT COMMISSION     **DARLENE WHALEY**


By_____        By_____
Anthony J. Palermino                   Stuart Brown
Law Office of Anthony J. Palermino       Hassett & George, P.C.
945 Wethersfield Avenue             555 Franklin Avenue
Hartford, CT 06114                  Hartford, CT 06114
Tel: 860-296-0035                   Tel: 860-296-2111
**ct05651**                         **ct24659**

**ORDER OF DISMISSAL WITH PREJUDICE FOLLOWING
STIPULATED COMPROMISE UNDER FRCP 41(a)(1)(ii)**

It appearing to the court that the above-entitled actions has been fully settled, adjusted, and compromised, and based on stipulation; therefore,

IT IS ORDERED AND ADJUDGED that the above-entitled actions be, and it is hereby, withdrawn, without cost to either party, and with prejudice to the Plaintiff and to the Defendant.

Dated: _____

_____
Mark R. Kravitz
United States District Judge