UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENDRA HEWITT, DARLENE WHALEY And ETHEL L. WRIGHT     PLAINTIFFS | CIVIL ACTION NO.: 301CV2037MRK |
| vs | January 31, 2005 |
| METROPOLITAN DISTRICT COMMISSION     DEFENDANT | |

## STIPULATION FOR DISMISSAL BY ALL PARTIES UNDER FRCP 41(a)(1)(ii)

It is hereby stipulated by **ETHEL L. WRIGHT,** Plaintiff, through her Attorney Stuart Brown, **THE METROPOLITAN DISTRICT COMMISSION,** Defendant**,** through their Attorney, Anthony J. Palermino, that the above entitled action be dismissed with prejudice and without costs or attorneys fees and that said dismissal is agreed to in reliance upon and in compliance with a certain settlement agreement.

| THE DEFENDANTS, METROPOLITAN DISTRICT COMMISSION | THE PLAINTIFF, **ETHEL L. WRIGHT** |
|---|---|
| By_____ Anthony J. Palermino Law Office of Anthony J. Palermino 945 Wethersfield Avenue Hartford, CT 06114 Tel: 860-296-0035 **ct05651** | By_____ Stuart Brown Hassett & George, P.C. 555 Franklin Avenue Hartford, CT 06114 Tel: 860-296-2111 **ct24659** |

### **ORDER OF DISMISSAL WITH PREJUDICE FOLLOWING STIPULATED COMPROMISE UNDER FRCP 41(a)(1)(ii)**

    It appearing to the court that the above-entitled actions has been fully settled, adjusted, and compromised, and based on stipulation; therefore,

    IT IS ORDERED AND ADJUDGED that the above-entitled actions be, and it is hereby, withdrawn, without cost to either party, and with prejudice to the Plaintiff and to the Defendant.

    Dated: _____

_____
Mark R. Kravitz
United States District Judge