UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KENDRA HEWITT**  **PLAINTIFF** | **CIVIL ACTION NO.:**  **301CV2037MRK** |
| vs | June 10, 2005 |
| **METROPOLITAN DISTRICT COMMISSION**  **DEFENDANT** | |

## DEFENDANT'S MOTION IN LIMINE

The Defendant, Metropolitan District Commission (MDC) moves to preclude the following evidence at trial: (1) any testimony concerning the Levy & Droney Report; and (2) any testimony or use of the notes or journal referenced by the Plaintiff in her deposition.

The arguments in support of this Motion are stated in the attached Memorandum.

DEFENDANT
METROPOLITAN DISTRICT COMMISSION

BY_____
ANTHONY J. PALERMINO
Their Attorney
Law Offices of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, Connecticut 06114
(860) 296-0035
ct05651

## **CERTIFICATION**

**I HEREBY CERTIFY** that a copy of the foregoing was mailed, postage prepaid, on the 10th day of June, 2005 to Attorney Stuart E. Brown and Attorney Robert Heagney, Hassett & George, P.C., 555 Franklin Avenue, Hartford, CT 06114.

_____
Anthony J. Palermino