**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **KENDRA HEWITT** | **CIVIL ACTION NO.:** |
| **PLAINTIFF** | **301CV2037MRK** |
| | |
| vs | **June 10, 2005** |
| | |
| **METROPOLITAN DISTRICT COMMISSION** | |
| **DEFENDANT** | |

### DEFENDANT'S MOTION IN LIMINE
### TO PRECLUDE NON-EXPERT EVIDENCE OF MEDICAL CONDITION

The Defendant, Metropolitan District Commission (hereafter the "Defendant MDC") moves in limine to preclude any exhibits or testimony offered or sought by the Plaintiff, Kendra Hewitt (hereafter the "Plaintiff Hewitt") with regard to her alleged medical condition, emotional distress/stress and the alleged cause thereof.

The Defendant MDC objects to the admission of such evidence at trial on the grounds that:

(1) the Plaintiff has not indicated an intention to support her allegation that her alleged condition, emotional distress/stress, was caused by the Defendant MDC's actions with expert testimony or other expert evidence, and (2) testimony or evidence regarding the Plaintiff Hewitt's specific medical condition and the potential causes thereof is beyond the knowledge of the average layperson. For these reasons, as more fully set forth in the Defendant's Memorandum of Law in Support of Its Motion In Support of Its Motion In Limine submitted herewith, the Defendant MDC moves to preclude any exhibits or testimony regarding the

Plaintiff's alleged medical condition, emotional distress/stress and the alleged cause thereof.

                            DEFENDANT
                            METROPOLITAN DISTRICT COMMISSION


                         BY_____
                              ANTHONY J. PALERMINO
                              Their Attorney
                           Law Offices of Anthony J. Palermino
                              945 Wethersfield Avenue
                              Hartford, Connecticut 06114
                              (860) 296-0035
                              ct05651


## **CERTIFICATION**

**I HEREBY CERTIFY** that a copy of the foregoing was mailed, postage prepaid, on the 10th day of June, 2005 to Attorney Stuart E. Brown and Attorney Robert Heagney, Hassett & George, P.C., 555 Franklin Avenue, Hartford, CT 06114.


                              _____
                              Anthony J. Palermino