UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENDRA HEWITT,<br><br>        Plaintiff,<br><br>v.<br><br>METROPOLITAN DISTRICT COMMISSION<br><br>        Defendant. | :<br>:<br>:<br>:  No. 3:01CV2037 (MRK)<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER OF DISMISSAL

This case is hereby DISMISSED WITH PREJUDICE pursuant to the parties' settlement agreement.  Either party may move to reopen the case if the settlement has not been consummated by **August 5, 2005**.  **The Clerk is directed to close the file.**

IT IS SO ORDERED.

/s/     Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: July 5, 2005**.