FILED

2005 JUL 21 P 1: 43

U.S. DISTRICT COURT
NEW HAVEN CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KENDRA HEWITT MORGAN<br>PLAINTIFF | CIVIL ACTION NO.:<br>301CV2037MRK |
| vs | July 14, 2005 |
| METROPOLITAN DISTRICT COMMISSION<br>DEFENDANT | |

### STIPULATION FOR DISMISSAL BY ALL PARTIES UNDER FRCP 41(a)(1)(ii)

It is hereby stipulated by **KENDRA MORGAN f/k/a KENDRA HEWITT**, Plaintiff, through her Attorney Stuart Brown, and by **THE METROPOLITAN DISTRICT COMMISSION**, Defendant, through its Attorney, Anthony J. Palermino, that the above entitled action be dismissed with prejudice and without costs or attorney's fees and that said dismissal is agreed to in reliance upon and in compliance with a certain settlement agreement.

THE DEFENDANT,
METROPOLITAN DISTRICT COMM.

By /s/ Anthony J. Palermino
Anthony J. Palermino
Law Office of Anthony J. Palermino
945 Wethersfield Avenue
Hartford, CT 06114
Tel: 860-296-0035
**ct05651**

THE PLAINTIFF,
KENDRA HEWITT MORGAN

By /s/ Stuart Brown
Stuart Brown
Hassett & George, P.C.
555 Franklin Avenue
Hartford, CT 06114
Tel: 860-296-2111
**ct24659**

## ORDER OF DISMISSAL WITH PREJUDICE FOLLOWING STIPULATED COMPROMISE UNDER FRCP 41(a)(1)(ii)

It appearing to the court that the above-entitled actions has been fully settled, adjusted, and compromised, and based on stipulation; therefore,

IT IS ORDERED AND ADJUDGED that the above-entitled actions be, and it is hereby, withdrawn, without cost to either party, and with prejudice to the Plaintiff and to the Defendant.

Dated: _____

_____
Mark R. Kravitz
United States District Judge